**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:04CR05058-01** |
| | ) | |
| **JESSIE LEE STRINGER** | ) | |
| _____ | ) | |

On September 18, 2008, the above-named releasee was placed on Supervised Release for a period of 36 months.

On February 4, 2009, this office was notified by the Central District of California Probation Office that Mr. Stringer was confirmed dead by the California County of Los Angeles Coroner's Office on October 9, 2008 (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Michael W. Armistead

**MICHAEL W. ARMISTEAD
Senior United States Probation Officer**

Dated:      March 23, 2009
                Fresno, California
                MWA

**REVIEWED BY:      /s/ Hubert J. Alvarez                          
                            HUBERT J. ALVAREZ
                            Supervising United States Probation Officer**

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

**Re:** **Jessie Lee Stringer**
      **Docket Number:   1:04CR05058-01**
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that releasee, Jessie Lee Stringer, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.


IT IS SO ORDERED.

**Dated:**   **March 24, 2009**            _____ **/s/ Oliver W. Wanger** _____
                                          UNITED STATES DISTRICT JUDGE

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG